IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS. | § | CRIMINAL NO. H-10-513-3 |
| ANRAY DERSHAN ADKINS | § | |

**O R D E R**

Defendant Adkins filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 127). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 13, 2012 at 9:00 a.m.** Objections to the presentence report are to be filed by May 29, 2012.

SIGNED on May 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge